**Luanna L. WELLS; Tiffany Cashatt; Tonya Riggs; Luke Riggs,**
**Appellants,**

v.

**LAMSON & SESSIONS, CO.; Jim Shires; Paul Williams; American Federation of Labor and Congress of Industrial Organizations, Plastic Workers Union Local 18, Appellees.**

No. 00–3059.

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 8, 2001.

Decided Feb. 14, 2001.

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

PER CURIAM.

Luanna Wells appeals following the district court's adverse grants of summary judgment in her civil lawsuit. Thirty-four days following entry of final judgment, Wells moved the district court for an extension of time to file an appeal. She was therefore required to provide notice of her motion to the opposing parties. *See* Fed. R.App. P. 4(a)(5)(B). Because she failed to do so, the district court lacked authority to grant the motion and Wells's ensuing notice of appeal was untimely. *See Hable v. Pairolero*, 915 F.2d 394, 394–95 (8th Cir.1990) (district court lacked jurisdiction to order extension where party filed motion more than 30 days after judgment and failed to notify opposing parties; filing re-quirements for appeals are mandatory and jurisdictional).

Accordingly, the appeal is dismissed.